### C. A. McNEIL v. STATE.
### No. 13481.

Court of Criminal Appeals of Texas.
May 21, 1930.

A. E. Nabors and A. L. Kirkpatrick, both of Brownwood, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for robbery with firearms; punishment fixed at confinement in the penitentiary for a period of forty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.